**H. B. Wright, appellee, v. V. E. Michaels et al., partners, trading as Edgar County Buick Company, appellants. Gen. No. 7,579.**

Claim for commission for sale of automobile. Judgment for plaintiff. Appeal from the Circuit Court of Edgar county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed July 10, 1923.

George Bristow, for appellants. Eli J. Bibo and Wilber H. Hickman, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.